[No. 5309–1. Division One. March 20, 1978.]

FRED K. HASLUND, JR., ET AL, *Appellants,* v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 776371, James J. Dore, J., entered January 18, 1977. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Callow and Ringold, JJ.

[No. 5326–1. Division One. March 20, 1978.]

KATHLEEN BRIDGET BARKER, ET AL, *Appellants,* v. A. H. ROBINS CO., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 812783, Peter K. Steere, J., entered December 29, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris, C.J., and Ringold, J.

[No. 5359–1. Division One. March 20, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL JOSEPH DIETRICK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78823, Edward E. Henry, J., entered January 4, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Ringold, JJ.